**Opinion issued January 14, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-13-00889-CR

NO. 01-13-00890-CR

————————————

**MARLIN RAY MCDOWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1366053, 1366054**

**MEMORANDUM OPINION**

Appellant, Marlin Ray McDowell, pleaded guilty, without an agreed recommendation, to the felony offense of robbery. TEX. PENAL CODE ANN. § 29.02 (West 2011). On January 28, 2013, the trial court found appellant guilty

and sentenced him to twenty-five years' confinement. On September 30, 2013, appellant filed a pro se notice of appeal. We dismiss the appeal.

Appellant did not file a motion for new trial or a motion for extension of time to file his notice of appeal. *See* TEX. R. APP. P. 26.2(a)(2), 26.3(b); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (requiring both notice of appeal and motion for extension to be filed within 15 days of original due date for notice of appeal). Therefore, appellant's notice of appeal was due on or before February 27, 2013. *See* TEX. R. APP. P. 26.2(a)(1).

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest this court with jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). The Court of Criminal Appeals has expressly held that without a timely filed notice of appeal we cannot exercise jurisdiction over an appeal. *See Olivo*, 918 S.W.2d at 522; *see also Slaton*, 981 S.W.2d at 210. Because appellant's September 30, 2013 notice of appeal was untimely, we have no basis for jurisdiction over this appeal. *See Slaton*, 981 S.W.2d at 210; *Olivo*, 918 S.W.2d at 523.

Accordingly, we dismiss the appeal for want of jurisdiction. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

Do not publish.   TEX. R. APP. P. 47.2(b).